UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WATTS, | No. 2:12-cv-0010 CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. HICKS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, proceeds pro se with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. Plaintiff has consented to jurisdiction by United States Magistrate Judge. By order filed October 1, 2012, plaintiff's original complaint alleging that unnamed nurses denied him access to his medication during lockdowns at CSP-Solano was dismissed and thirty days leave to file an amended complaint was granted. Subsequently, plaintiff was twice granted additional 90 day extensions of time to file an amended complaint as he attempted to learn the names of the nurses who had denied him his medication.

On May 10, 2013, plaintiff filed a "request for stay of abeyance." (ECF No. 16.) Plaintiff states that he has found a method of learning the names of the nurses who denied him access to his medication on the relevant days, but that it will take more time. Plaintiff does not identify the method he is utilizing or how much time he expects it to take, although an attachment to a letter to the court dated June 6, 2013 (ECF No. 17) shows that plaintiff has made a request to inspect

1

public records.  Already, eight months have passed since the dismissal of plaintiff's original complaint with leave to amend.  The court will not stay this case indefinitely while plaintiff attempts to learn the names of the nurses he wishes to sue.  Accordingly, the request to stay will be denied.  However, plaintiff will be granted one more extension of time in which to file an amended complaint if he has obtained the names of the intended defendants.  Plaintiff is cautioned that further extensions of time will not be granted absent good cause for extraordinary circumstances shown and/or a showing that the information he needs to file an amended complaint that meets the requirements of the Federal Rules of Civil Procedure is likely to be forthcoming.

In accordance with the above, IT IS HEREBY ORDERED THAT:

1.   Plaintiff's request for stay of abeyance (ECF No. 16) is denied.

2.   Plaintiff is granted an extension of time of 30 days from the date of this order in which to file an amended complaint.  Plaintiff is cautioned that further extensions of time will not be granted absent good cause for extraordinary circumstances shown and/or an indication that the information he needs to file an amended complaint is likely forthcoming.

Dated: June 18, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
watt0010.nostay.36

2