UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP WATTS,

        Plaintiff,

  v.

D. HICKS, et al.,

        Defendants.

No. 2:12-cv-0010 CKD P

ORDER

      Before the court is plaintiff's July 25, 2013 motion for leave to amend. (ECF No. 20.) As plaintiff has made a showing that he has new information as to the identities of certain defendants, plaintiff will be granted leave to file a second amended complaint within thirty days of service of this order.[1]  No further extensions of time will be granted.  (See ECF No. 18.)

      Accordingly, IT IS HEREBY ORDERED THAT:

      1. Plaintiff's motion for leave to amend (ECF No. 20) is granted; and

////

---

[1] Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged. Furthermore, any amended complaint shall not include allegations unrelated to the claims that are the subject of this action.

1

2. Plaintiff is granted thirty days from service of this order in which to file a second amended complaint.

Dated:  August 21, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / watt0010.amend